Case 4:15-cv-00622-RH-CAS   Document 8   Filed 03/21/16   Page 1 of 2

Page 1 of 2

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

RONALD DAVID JONES,

    Plaintiff,

v.                                CASE NO. 4:15cv622-RH/CAS

GARBAGE TRUCK OPERATORS,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 6 and the objections, ECF No. 7. I have reviewed de novo the issues raised by the objections.

The report and recommendation correctly concludes that the complaint fails to state a claim on which relief can be granted. This order dismisses the complaint but gives the plaintiff leave to amend. Any amended complaint must allege facts showing that the plaintiff's constitutional rights were violated.

The plaintiff should take note: his dozens of lawsuits filed in this court, many duplicative and many frivolous, have neared the point, if indeed they have

not passed the point, at which leave to proceed in forma pauperis will properly be denied.

For these reasons,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion.  The complaint is dismissed.  The plaintiff may file an amended complaint by April 13, 2016.

SO ORDERED on March 21, 2016.

> s/Robert L. Hinkle
> United States District Judge