IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RONALD DAVID JONES,

    Plaintiff,

vs.                                Case No. 4:15cv622-RH/CAS

GARBAGE TRUCK OPERATORS,

    Defendant.

_____/

## SECOND REPORT AND RECOMMENDATION

After review of Mr. Jones' initial complaint, ECF No. 1, filed on December 21, 2015, a Report and Recommendation was entered to dismiss this case. ECF No. 6. The Report and Recommendation was adopted, but Mr. Jones was provided an opportunity to submit an amended complaint. ECF No. 8.

The amended complaint filed by Mr. Jones does not state a claim. Mr. Jones alleges, once again, that when "Garbage Truck Operators for the City of Quincy" come to pick up the garbage, they sometimes carry the garbage out of the trash canisters to the garbage truck, "dropping trash all

along the way." ECF No. 9 at 1.  If there is too much garbage to carry, the truck backs up two blocks to pick up the trash.  On one day (date unknown), the garbage truck had something sticking out which put a deep scratch in Mr. Jones' car.[1]  ECF No. 9 at 2.  Mr. Jones says that he "cannot park in front of [his] house when they collect the garbage."  *Id.*

Those are the very same allegations which were presented in the initial complaint.  ECF No. 1 at 1-2.  They were insufficient to state a claim in the original complaint and remain so in the first amended complaint.  Beyond those repeated allegations, Mr. Jones now adds that the "same guys who work on the Garbage Truck have started to hang [out] at the house directly in front of me."  ECF No. 9 at 2.  Mr. Jones makes the assertion that "every night," an unidentified person ("someone") comes into his yard spraying "some type of poison chemicals into [his] house."  *Id.*  Mr. Jones claims the chemicals are sprayed through his window air conditioning units.  He believes the City of Quincy must have "given these people permission to do these acts by telling them if they get rid of me all these cases will go away."  *Id.*

---

[1] Mr. Jones' financial affidavit, sworn under penalty of perjury, declared that he did not own an automobile.  ECF No. 2 at 2.  If that statement is true, then the allegation that the garbage truck scratched his car and he cannot park in front of his house is untrue.  ECF No. 9 at 2.

Case No. 4:15cv622-RH/CAS

Mr. Jones has provided unsupported and frivolous allegations which are insufficient to state a claim.  He also contends that these actions must be on account of his race and religious beliefs.  There are no facts presented to support that assertion either or identify any specific person who has harmed him.  This case should be summarily dismissed.

**RECOMMENDATION**

It is respectfully **RECOMMENDED** that the amended complaint, ECF No. 9, be **DISMISSED** for failure to state a claim and because it is frivolous.

**IN CHAMBERS** at Tallahassee, Florida, on May 2, 2016.


S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**